# Court of Appeals
# of the State of Georgia

ATLANTA,    April 22, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0313. ROBERT STONEY WORTHY v. GEORGIA DEPARTMENT OF HUMAN RESOURCES, EX REL., PATRICK L. BAKER.**

Robert Stoney Worthy filed this application for discretionary appeal from the trial court's order denying his motion for the trial judge to recuse himself on the ground that he had violated Worthy's constitutional rights. We lack jurisdiction.

"Denials of motions to recuse are interlocutory in nature. An appeal of such an order requires compliance with the interlocutory appeal provisions of OCGA § 5-6-34 (b)," including obtaining a certificate of immediate review within ten days of the order sought to be appealed. *Ellis v. Stanford*, 256 Ga. App. 294, 295 (2) (568 SE2d 157) (2002); see also *Warringer v. Warringer*, 204 Ga. App. 86 (418 SE2d 446) (1992). And OCGA § 5-6-35, the discretionary appeal statute, does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b). See *Bailey v. Bailey*, 266 Ga. 832 (471 SE2d 213) (1996). Accordingly, Worthy's failure to comply with the interlocutory appeals procedures and obtain a certificate of immediate review deprives this Court of jurisdiction, and this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 04/22/2014
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*